**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Roberto RAMIREZ, Defendant–**
**Appellant.**

No. 07–50179
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2008.

Juan Roberto Ramirez, Anthony, NM, pro se.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Roberto Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez has filed a response. Our independent review of the record, counsel's brief, and Ramirez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.